**Robert FITZPATRICK, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 05–3232.**

United States Court of Appeals, Federal Circuit.

Aug. 9, 2006.

Before MICHEL, Chief Judge, ARCHER, Senior Circuit Judge and LINN, Circuit Judge.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Robert W. SINCLAIR, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 05–5163.**

United States Court of Appeals, Federal Circuit.

Aug. 10, 2006.

Before MAYER, RADER, and LINN, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.